**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

**IN RE:**
Bobbie Jean Yates
627 Key Street
Macon, GA 31204

**CHAPTER 13**

**Case Number:** 16-50117-JPS

**ATTORNEY:** Kelley, Lovett, & Blakey, P.C.

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $805.00 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Bobbie Jean Yates
627 Key Street
Macon, GA 31204

**DATED:** September 15, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**